DARRYL D. YORKEY (SBN 280351)
P.O. Box 9636
Berkeley, California 94709
Telephone: (510) 221-6874
Fax: (888) 491-5926
Email: dyorkey@gmail.com

ALAN A. BECK (SBN 276646)
2962 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

CATHERINE A. BEEKMAN (SBN 245605)
915 Trancas Street, Suite B
Napa, California 94558
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email: cate@beekmancortes.com

Attorneys for Plaintiff Nick C. Buckhalter

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK C. BUCKHALTER**, | Case No. 2:17-cv-02072 |
| Plaintiff, | NOTICE OF LODGING EXHIBIT 1: VIDEO |
| v. | |
| **CITY OF VACAVILLE**; **VACAVILLE POLICE DEPARTMENT**; **JOHN CARLI**, in his personal and official capacities as Chief of Police of the Vacaville Police Department; **IAN SCHMUTZLER**, in his personal and official capacities as a peace officer of the Vacaville Police Department; **DANIEL TORRES**, in his personal and official capacities as a peace officer of the Vacaville Police Department; **JOHN DOE**, in his personal and official capacities as a peace officer of the Vacaville Police Department; **UNKNOWN OFFICER #1**, in his personal and official capacities as a peace officer of the Vacaville Police Department; **UNKNOWN OFFICER #2**, in his personal and official capacities as a peace officer of the Vacaville Police Department; | |

-1-

NOTICE OF LODGING                                         Case No. 2:17-cv-02072

**UNKNOWN OFFICER #3**, in his personal )
and official capacities as a peace officer )
of the Vacaville Police Department; )
**UNKNOWN OFFICER #4**, in his personal )
and official capacities as a peace officer )
of Vacaville Police )
Department and **DOES 1-50**, )
)
Defendants. )
_____ )

## NOTICE OF LODGING

Regarding:   EXHIBIT 1 to the COMPLAINT (Video Recording)

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (PDF file size larger than efiling system allowances)

☐ Unable to Scan Documents

☐ Physical Object (description): _____

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐ Other (description): _____

Dated: November 6, 2017            Respectfully submitted,

By:     /S/     _____
        Darryl D. Yorkey, Esq.
        Attorney for Plaintiff Nick Buckhalter

By:     /S/     _____
        Alan A. Beck, Esq.
        Attorney for Plaintiff Nick Buckhalter

By:     /S/     _____
        Catherine A. Beekman, Esq.
        Attorney for Plaintiff Nick Buckhalter

-2-

NOTICE OF LODGING                                              Case No. 2:17-cv-02072

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A