DARRYL D. YORKEY (SBN 280351)
P.O. Box 9636
Berkeley, California 94709
Telephone: (510) 221-6874
Fax: (888) 491-5926
Email: dyorkey@gmail.com

ALAN BECK (SBN 276646)
2962 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

CATHERINE A. BEEKMAN (SBN 245605)
915 Trancas Street, Suite B
Napa, California 94558
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email: cate@beekmancortes.com

Attorneys for Plaintiff Nick C. Buckhalter

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK C. BUCKHALTER**, | Case No. 2:17-CV-02072-KJM-GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR SERVICE AND TO RESPOND** |
| v. | |
| **CITY OF VACAVILLE; et al.** | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff NICK C. BUCKHALTER and Defendants CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, JOHN CARLI, IAN SCHMULTZLER, and DANIEL TORRES, by and through their respective attorneys of record, subject to the approval of the Court, that:

1. Whereas, Defendants JOHN DOE and UNKNOWN OFFICER(s) Nos. 1-4, their true identities being unknown to Plaintiff, have not yet been served with a summons and complaint in this action.

2. Whereas, all named Defendants, whose identities are known, are represented in this action by the undersigned counsel of BERTRAND, FOX, ELLIOT, OSMAN, & WENZEL.

Therefore, the parties agree and hereby stipulate:

1. Plaintiff's service of the summons and complaint on Defendants JOHN DOE and UNKNOWN OFFICER(S) Nos. 1-4 shall be extended to ninety (90) days from the date that this Court issues its order on Defendants' pending Motion to Dismiss.

2. Defendants JOHN DOE and UNKNOWN OFFICER(S) Nos. 1-4's responsive pleading(s) shall be due within the time allotted by FRCP Rule 12, unless otherwise stipulated by the parties.

Dated: January 29, 2018

By: /s/ Darryl Yorkey
DARRYL YORKEY
Attorney for Plaintiff Nick Buckhalter

By: /s/ Alan Beck (as authorized on 1/23/18)
ALAN BECK
Attorney for Plaintiff Nick Buckhalter

By: /s/ Catherine Beekman (as authorized on 1/23/18)
CATHERINE BEEKMAN
Attorney for Plaintiff Nick Buckhalter

Dated: January 30, 2018    BERTRAND, FOX, ELLIOT, OSMAN, & WENZEL

By: /s/ Richard Osman (as authorized on 1/30/18)
RICHARD OSMAN
Attorney for Defendants City of Vacaville, Vacaville Police Department, John Carli, Ian Schmultzler, and Daniel Torres

**IT IS SO ORDERED.**

Dated: February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE