UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK C. BUCKHALTER, | No. 2:17-cv-02072-KJM-GGH |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VACAVILLE, et al., | |
| Defendants. | |

On March 21, 2018, the parties to this action filed a Stipulation for a Protective Order, ECF No. 26, which was directed by the District Court to the undersigned for action. In the sections of the Proposed Order in which the filing of documents is under seal addressed the parties cite to "Civil Rules." This District Court does not, however, follow the procedural rules of the State Courts, but rather its own Local Rules. With respect to protective orders, Eastern District of California Local Rule ["Local Rule"] 141.1 sets forth the applicable requirements. With regard to sealing, Local Rule 141 sets forth the procedures that must be followed and standards that will be applied when a party seeks permission from the court to file material under seal. In addition, federal law requires a finding of good cause for sealing documents submitted in non-dispositive matters, and compelling reasons for filing in dispositive matters. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

/////

1

The parties are advised to consult the aforementioned Local Rules which are available at the office of the Clerk of the Court at 501 I Street, 4th Floor, Sacramento, CA 95814, or on line at the Eastern District of California website before proposing another stipulation.

In light of the foregoing IT IS HEREBY ORDERED that:

1. The parties' Stipulation for Issuance of Protective Order is REJECTED;

2. The parties shall file a new stipulation prepared in accordance with the dictates of the Local Rules of the Eastern District of California and federal law which shall reflect the signature of the undersigned rather than the District Court judge assigned to this matter pursuant to Local Rule 302.

**IT IS SO ORDERED.**

Dated: March 23, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE