| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email: rosman@bfesf.com<br>       scrawford@bfesf.com<br><br>Attorneys for Defendant<br>DANIEL TORRES | Darryl D. Yorkey, State Bar No. 280351<br>P.O. Box 9636<br>Berkeley, CA 94709<br>Telephone: (510) 221-6874<br>Facsimile: (888) 491-5926<br>Email: Dyorkey@gmail.com<br><br>Alan Beck, State Bar No. 276646<br>2962 Harcourt Drive<br>San Diego, California 92123<br>Telephone: (619) 905-9105<br>Email: alan.alexander.beck@gmail.com<br><br>Catherine A. Beekman, State Bar No. 245605<br>915 Trancas Street, Suite B<br>Napa, California 94558<br>Telephone: (707) 346-3060<br>Fax: (707) 561-6646<br>Email: cate@beekmancortes.com<br><br>Attorneys for Plaintiff<br>NICK C. BUCKHALTER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK C. BUCKHALTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, et. al.<br><br>    Defendants. | Case No. 2:17-cv-02072-KJM-GGH<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendant DANIEL TORRES and plaintiff NICK C. BUCKHALTER by and through their respective attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties to the above-captioned matter that the parties respectfully request the Court issue an order resetting the Settlement Conference from June 28, 2018, at 10:00 a.m. to September 27, 2018 at 10:00 a.m. Counsel for defendant conferred with the Court on June 6, 2018 and were informed that the Court was available on this proposed date.

Good cause exists because the parties are in the process of meeting and conferring regarding stipulating to plaintiff's Second Amended Complaint. The pleadings must be settled prior to the Settlement Conference to ensure the Settlement Conference is productive. As well, defense counsel has a scheduling conflict with the currently scheduled date. This extension will not affect the trial date, or any other dates previously set by the Court.

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated: June 6, 2018  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendant
DANIEL TORRES

Dated: June 6, 2018  LAW OFFICES OF DARRYL YORKEY

By:  */s/ Darryl D. Yorkey*
Darryl D. Yorkey
Alan Beck
Catherine A. Beekman
Attorneys for Plaintiff
NICK C. BUCKHALTER

1

**[PROPOSED] ORDER**

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the Settlement Conference set for June 28, 2018, at 10:00 a.m. on the 13th Floor in Courtroom No. 8, is VACATED, and continued to September 27, 2018 at 10:00 a.m. All associated dates are continued accordingly.

**IT IS SO ORDERED.**

Dated: June 7, 2018.

HON. EDMUND F. BRENNAN
United States Magistrate Judge