| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email: rosman@bfesf.com<br>　　　　scrawford@bfesf.com<br><br>Attorneys for Defendant<br>DANIEL TORRES | Darryl D. Yorkey, State Bar No. 280351<br>P.O. Box 9636<br>Berkeley, CA 94709<br>Telephone: (510) 221-6874<br>Facsimile: (888) 491-5926<br>Email: Dyorkey@gmail.com<br><br>Alan Beck State Bar No. 276646<br>2962 Harcourt Drive<br>San Diego, California 92123<br>Telephone: (619) 905-9105<br>Email: alan.alexander.beck@gmail.com<br><br>Catherine A. Beekman, State Bar No. 245605<br>915 Trancas Street, Suite B<br>Napa, California 94558<br>Telephone: (707) 346-3060<br>Fax: (707) 561-6646<br>Email: cate@beekmancortes.com<br><br>Attorneys for Plaintiff<br>NICK C. BUCKHALTER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK C. BUCKHALTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, et. al.<br><br>　　　　Defendants. | Case No. 2:17-cv-02072-KJM-GGH<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>**Judge: Kimberley J. Mueller** |

| | |
|---|---|
| 1 | Plaintiff NICK C. BUCKHALTER and Defendant DANIEL TORRES submit the following |
| 2 | Stipulation and request that the Court grant Plaintiff leave to file a Second Amended Complaint pursuant |
| 3 | to Rule 15(a) of the Federal Rules of Civil Procedure: |

1. Plaintiff filed his Complaint on October 5, 2017;
2. On November 6, 2017, Plaintiff filed his First Amended Complaint;
3. On November 29, 2017, Defendants filed their Motion to Dismiss;
4. On February 9, 2018, the Court heard oral arguments and ruled on Defendants' Motion to Dismiss and issued an Order (See Docket No. 23); and
5. The parties have met and conferred regarding the allegations contained in Plaintiff's proposed Second Amended Complaint.

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant Plaintiff leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

Dated: July 9, 2018            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/* Sheila D. Crawford (as approved on 7/9/18)
     Richard W. Osman
     Sheila D. Crawford
     Attorneys for Defendant
     DANIEL TORRES

Dated: July 9, 2018

By: */s/* Darryl Yorkey
     Darryl Yorkey
     Alan Beck
     Catherine Beekman
     Attorneys for Plaintiff
     NICK C. BUCKHALTER

1

STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT
*Buckhalter v. City of Vacaville, et al.* Case No. 2:17-cv-02072-KJM-GGH

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the Second Amended Complaint, which is attached hereto as Exhibit A. Plaintiff shall file the Second Amended Complaint on the docket within seven (7) days.

DATED: July 12, 2018.

_____
UNITED STATES DISTRICT JUDGE