Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
         scrawford@bfesf.com

Attorneys for Defendant
DANIEL TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK C. BUCKHALTER,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL TORRES, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02072-KJM-AC<br><br>**DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**MSC Date:** February 3, 2020<br>**Time:** 9:30 am<br>**Courtroom:** 24, 8th Floor<br>501 "I" Street<br>Sacramento, CA 95814<br><br>**Magistrate Judge Carolyn K. Delaney** |

Per the Court's Pretrial Scheduling Order (Docket No. 66), defendant DANIEL TORRES hereby notifies the Court that he has submitted his Confidential Settlement Conference Statement.

Dated: January 27, 2020                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                           By:   */s/ Richard W. Osman*
                                                 Richard W. Osman
                                                 Sheila D. Crawford
                                                 Attorneys for Defendant
                                                 DANIEL TORRES

---

1

DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT
*Buckhalter v. Torres, et al.* Case No.: 2:17-cv-02072-KJM-AC