Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendant
DANIEL TORRES

Darryl D. Yorkey, State Bar No. 280351
P.O. Box 9636
Berkeley, CA 94709
Telephone: (510) 221-6874
Facsimile: (888) 491-5926
Email: Dyorkey@gmail.com

Alan Beck State Bar No. 276646
2692 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

Catherine A. Beekman, State Bar No. 245605
940 Adams Street, Suite J
Benicia, California 94510
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email: cate@beekmancortes.com

Attorneys for Plaintiff
NICK C. BUCKHALTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK C. BUCKHALTER,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL TORRES,<br><br>    Defendant. | Case No. 2:17-cv-02072-KJM-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br><br>**Hon. Kimberley J. Mueller** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety, each side to bear their own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

1

| | | |
|---|---|---|
| Dated: April 22, 2020 | By: | /s/ Darryl D. Yorkey |
| | | Darryl Yorkey |
| | | Alan Beck |
| | | Catherine Beekman |
| | | Attorneys for Plaintiff |
| | | NICK C. BUCKHALTER |

Dated: April 22, 2020              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                 By:   /s/ Richard W. Osman (as authorized on 4/22/2020)
                                         Richard W. Osman
                                           Sheila D. Crawford
                                           Attorneys for Defendant
                                           DANIEL TORRES

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by defendant's counsel to show their signature on this document as /s/.

Dated: April 22, 2020              By:   */s/ Darryl D. Yorkey*
                                                     Darryl D. Yorkey

## [PROPOSED] ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety, each side to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____

                                              HON. KIMBERLY J. MUELLER
                                              UNITED STATES DISTRICT JUDGE